James TUCKER and Carolyn Tucker,
Appellants (Defendants below)

v.

Marguerite REYNOLDS, Appellee
(Plaintiff below).

No. 3567.

Supreme Court of Wyoming.

July 7, 1967.

Oscar A. Hall, Rawlins, for appellants.

C. L. Bates, Rawlins, for appellee.

Before HARNSBERGER, C. J., and
GRAY, McINTYRE, and PARKER, JJ.

PER CURIAM.

The judgment below is affirmed by an
equally divided court.